Arrest on Out-of-District Offense

FILED 

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Case Number: **'18 MJ8761**

The person charged as  TORRESILLAS-SALDANA,ERNESTO  now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the  EASTERN  District of  CALIFORNIA (SACRAMENTO) 

with  VIOLATION PETITION , in

violation of  Title 18, United States Code, 3606 (FAILURE TO PARTICIPATE IN LOCATION MONITORING) 

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 5/16/18

SDUSM Ryan Raimo
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: 5/16/18

Assistant United States Attorney

# UNITED STATES DISTRICT COURT
### Eastern District of California



FID#:
9020364

## Petition For Warrant or Summons For Offender Under Supervision

UNITED STATES OF AMERICA,

V.

ERNESTO TORRESILLAS-SAI

Docket No. 2:16CR00004-1

Federal Charges:
21 USC 841(1)(a) - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

**COMES NOW,** George A. Vidales  Probation Officer of the Court, presenting a form 12C upon the conduct of Ernesto Torresillas-S⊞, who was placed on Supervised Release by the Honorable Garland E. Burrell, Jr., District Judge sitting in the Court at Sacramento  , California on 04/10/2013  , who imposed the following special condition(s) of supervision, which are at issue in this report:

### SPECIAL CONDITION(S) OF SUPERVISION:

1) Warrantless search; 2) Not enter or reside in the Republic of Mexico; 3) Report all vehicles owned or operated; 4) Drug/alcohol treatment and treatment.

On March 11, 2016, the Court revoked supervised release, sentenced the offender to time served and ordered the above conditions to include conditions 5) Drug registration.

### ALLEGED VIOLATION CONDUCT:

FAILURE TO PARTICIPATE IN LOCATION MONITORING

On July 22, 2017, the offender cutoff his location monitoring transmitter strap and left the family home with his whereabouts unknown. This is in violation of the special condition "The defendant shall be monitored for a period of 90 days with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology

### PRAYING THAT THE COURT WILL ORDER

The issuance of a no-bail warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: 07/23/2017

/s/ George A. Vidales

Supervising U.S. Probation Officer

## ORDER

☑ The Court hereby orders a no-bail warrant to be issued for the arrest of the defendant.
☐ The Court hereby issues a summons
☐ Other:

Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 ε

Dated: 07/23/2017

/s/ Carolyn K. Delaney

United States Magistrate Judge